(131 So. 909)

**Jasper BIRMINGHAM et al. v. J. W. ROB-
ERTS, Adm'r, et al.**

6 Div. 638.

Supreme Court of Alabama.

Jan. 15, 1931.

J. J. Curtis and J. M. Pennington, both of Jasper, for appellants.

Sowell & Gunn, of Jasper, for appellees.

BROWN, J.

The question presented by this appeal is one of fact. The appellants' contention is that they purchased from Monroe G. Godfrey, during his life, a tract of land consisting of 125 acres, more or less, for which they agreed to pay $1,100; that they paid $500 of this sum in cash to Godfrey at the time they received the deed, and have since paid the balance with the interest thereon to Godfrey's administrator, Roberts.

On the other hand, the defendants contend that the purchase price for the land was $1,600; that $500 of this was paid in cash, and the balance evidenced by two promissory notes executed by the complainants to Godfrey for $550 each, payable in one and two years, and secured by the mortgage on the land executed by the complainants, which the bill seeks to cancel as a cloud on their title.

Evidence was taken pro and con, and much of it was subject to legal objections, but sufficient legal evidence was adduced to sustain the conclusion of the trial court that the indebtedness secured by the mortgage had not been paid in full, and, after careful consideration of the case as presented on the record, we are of opinion that the conclusion and judgment of the trial court was correct, and should be affirmed. It is so ordered by the court.

Affirmed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(130 So. 916)

**BIRMINGHAM ELECTRIC CO. v. Mrs. L. H.
CROWELL.**

6 Div. 714.

Supreme Court of Alabama.

Oct. 9, 1930.

Lange, Simpson & Brantley, of Birmingham, for appellant.

B. F. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

(133 So. 920)

**Henry BLACKMAN v. STATE.**

4 Div. 549.

Supreme Court of Alabama.

March 19, 1931.

Sollie & Sollie, of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, J.

Petition of Henry Blackman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Blackman v. State, 133 So. 922 (4 Div. 762).

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(131 So. 909)

**M. E. BOWEN v. G. L. MORRIS.**

8 Div. 208.

Supreme Court of Alabama.

Nov. 29, 1930.

E. W. Godbey, of Decatur, for appellant.

W. H. Long, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed.

See, also, 219 Ala. 689, 123 So. 222.

(133 So. 920)

**Willie BROWN, alias Knapps, alias Davis, v.
STATE.**

4 Div. 518.

Supreme Court of Alabama.

April 2, 1931.

PER CURIAM.

Affirmed.

All the Justices concur.